JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARTH ANDREW PEEPER, | Case No. ED CV 16-1642 JCG |
| Plaintiff, | **JUDGMENT** |
| v. | |
| NANCY A. BERRYHILL, *Acting Commissioner of Social Security*, | |
| Defendant. | |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

DATED: 1-24-2018

Hon. Jay C. Gandhi
United States Magistrate Judge